United States District Court
Commonwealth of Massachusetts

Melissa Stonestreet
17 Smyth St
Middleboro MA 02346     Plaintiff
vs
Law Office of Gary H Kreppel
1661 Worcester Rd Suite 401
Framingham Ma 01701     Defendant
And
Arrow Financial Service
5996 Toughey Ave
Niles, Il 60714     Defendant

FILED IN CLERKS OFFICE 2009 SEP 23 P 12: 19 U.S. DISTRICT COURT DISTRICT OF MASS.

## Motion to proceed without prepayment of filing fee (off Record Special Request)

The plaintiff can Nolonger claim indigency only not recovered from it yet enough to have the required filing fee, at this point. It could be another 6 or 8 weeks before it is available and she shouldn't wait any longer to file, this is important and needs to be done now to prevent further harm. Therefore I must pay for her and I can claim being indigent.

I'm asking the court to take my check and Hold it, proceed without cashing the check and If the defendants are found to be wrong, as I believe they will, take the payment from them as they are not struggling, barely holding on.

If I am wrong with what I believe regarding the law and credit card debt you have my check and can cash it. To not know how long, or to go even a short time without the money for the filing fee is extremely difficult and if I can Avoid going without it I'd very much appreciate that. Please don't hold up the Motion for Injunction because of the fee. This is to important and been held off to long already for Lack of Knowledge, Money or questioning the laws, the case and myself.

Beth A Mooney Pro Se agent/Parent 17 Smyth St Middleboro Ma 02346 508-923-0028